JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REYNA MARTINEZ DIAZ,

       Petitioner,

   v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER et al.,

       Respondents.

Case No. 5:26-cv-02528-MCS-MAR

**JUDGMENT**

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner an individualized bond hearing before an immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner an individualized bond hearing within seven days, they must immediately release her.

DATED: June 24, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2